IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| LARRY GIBSON § § *Plaintiff* § § VS. § § STATE FARM LLOYDS § § *Defendant* § | CIVIL ACTION NO. 1:22-CV-00362 JUDGE MICHAEL J. TRUNCALE |

### ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Stipulation of Dismissal with Prejudice. [Dkt. 26]. Plaintiff is seeking a dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 1st day of November, 2023.**

Michael J. Truncale
United States District Judge